UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Marilyn Jensen, individually and on behalf
of all others similarly situated,

                Plaintiff(s),

v.

Highlevel, LLC, an Oregon company

                Defendant(s).

Case No.:  6:21-00767-MC

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney  Stefan Coleman  requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Plaintiff Marilyn Jensen

In support of this application, I certify that: 1) I am an active member in good standing with the  Florida  State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name:  Coleman  Stefan  L.
         *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Agency/firm affiliation:  Law Offices of Stefan Coleman, P.A.

Mailing address:  201 S. Biscayne Blvd, 28th Floor

City:  Miami  State:  FL  Zip:  33131

Phone number:  (877) 333-9427  Fax number:  (888) 498-8946

Business e-mail address:  law@stefancoleman.com

**(2)** **BAR ADMISSION INFORMATION**:

    **(a)** State bar admission(s), date(s) of admission, and bar number(s):
Florida - 10/9/2006 - Bar #30188
(See attachment for more State Court admissions and District Court admissions)

    **(b)** Other federal court admission(s) and date(s) of admission:
(See attachment)

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS**:

☐ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: May 19, 2021

_____
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: _____Steinman_____ _____Susan_____ __G.__ _____
              *(Last Name)*            *(First Name)*      *(MI)*    *(Suffix)*

OSB number: ____106918_____

Agency/firm affiliation: _____

Mailing address: ____9145 Wallace Road NW_____

City: ____Salem_____ State: __OR__ Zip: __97304_____

Phone number: __(503) 512-9141_____ Fax number: _____

Business e-mail address: __steinman.lawoffice@gmail.com_____

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number ____6:21-cv-00767-MC_____.

DATED: ____May 19, 2021_____.

_____*Susan G. St [signature]*_____
*(Signature of Local Counsel)*

Attachment

**Stefan Coleman State Court and District Court Admissions**

**State Court Admissions**
Florida Supreme Court 10/9/2006 Bar # 30188
New Jersey State Court 6/1/2009  Bar # 382009
New York State Court 6/23/2009 Bar # 4734091

**District Court Admissions**
Southern District of Florida 3/15/2010
Middle District of Florida 7/15/2009
Northern District of Florida 7/10/2009
Southern District of New York 7/24/2009
Western District of New York 7/29/2009
New Jersey District Court 6/1/2009
Colorado District Court 7/2/2009
Central District of Illinois 7/30/2009
Northern District of Illinois 7/10/2009
Southern District of Illinois 7/29/2009
Northern District of Texas 8/17/2009
District Court of Nebraska 7/10/2009
Western District of Michigan 7/29/2009
Eastern District of Michigan 4/3/2018
Eastern District of Wisconsin 7/9/2009
Wisconsin Western District Court 6/16/2016